## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:16cr216 |
| | ) | |
| Plaintiff, | ) | STATEMENT OF POSITION ON THE |
| | ) | REVISED PRESENTENCE REPORT |
| vs. | ) | |
| | ) | |
| JOHN BLACKHAWK, | ) | |
| | ) | |
| Defendant. | ) | |

    COMES NOW the defendant, John Blackhawk, by and through counsel Jerry M. Hug, pursuant to the Court's Order on Sentencing and states as follows:

(1)    Defendant has no objections to the Revised Presentence Report.

                                           JOHN BLACKHAWK, Defendant.

                   BY:    /s/ Jerry M. Hug
                           #21015
                           Alan G. Stoler, P.C., L.L.O
                           1823 Harney Street, Suite 1004
                           Omaha, Nebraska   68102
                           (402) 346-1733
                           jmhug@cox.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of November, 2017 the above was filed via the ECF system in the United States District Court for the District of Nebraska and that system sent electronic notice to: Doug Semisch, Assistant United States Attorney

and to J.R. Holder via e-mail to JR_Holder@nep.uscourts.gov

/s/ Jerry M. Hug